# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF A ) <br> RESIDENCE ASSOCIATED WITH ) <br> AUGUSTINE JACKSON AND A MOTOR ) <br> VEHICLE ASSOCIATED WITH ) <br> WILLIAM BARKER ) | **ORDER** <br><br> Case No. 1:16-mj-043 |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of FBI SA Aaron Dunn, the Search Warrant Return, and the Government's Motion to Seal, shall remain under seal until August 26, 2016.

Dated this 24th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court.